FILED - GR

January 20, 2011 9:59 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ald / ____ SCANNED BY AUD 1-20

WDMI Corporate Disclosure Statement pursuant to Fed.R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4 (4/06)

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

Sierra Club

        Plaintiff(s),

v.

City of Holland and Holland Board o

        Defendant(s).

_____/

Case No.

**1:11-cv-71**
**Robert J. Jonker**
**U.S. District Judge**

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1,        <u>Sierra Club</u>
                                                          (Party Name)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☐ Yes ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: _____January 19, 2011_____        _____s/ David C. Bender_____

                                                              (Signature)

David C. Bender
McGillivray Westerberg & Bender LLC
305 S. Paterson Street
Madison, WI 53703