IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SIERRA CLUB,<br><br>       Plaintiff,<br>v.<br><br>CITY OF HOLLAND and HOLLAND BOARD OF PUBLIC WORKS,<br><br>       Defendants. | **Civil Action No. 1:11-cv-00071**<br>Hon. Paul L. Maloney<br>Chief U.S. District Judge |

**PARTIES' JOINT MOTION TO STAY ALL DEADLINES AND TRIAL DATE**

Plaintiff, Sierra Club, by its attorneys, and Defendants, City of Holland and Holland Board of Public Works, by their attorneys, (collectively "Parties") move to stay all deadlines and the trial date set by the Case Management Order (Dkt # 14). In support of this request, the Parties state as follows:

1. The Parties in this case, and the related case (Case No. 1:08-cv-01183-PLM, in which the parties also jointly moved to stay all deadlines and trial date), have consented to Voluntary Facilitative Mediation (VFM). The first VFM session was held on August 10, 2011 with the Court-appointed Mediator, Mr. Frederick Dilley, who is filing this week his Interim Report with the ADR Clerk. Settlement was not reached; however, at the end of the day-long session, the parties agreed to continue negotiations. The Parties agreed to a process that will allow them to engage in further settlement talks. The Parties anticipate that the process will take several months with the ultimate aim of reaching a settlement.

1

2. The Court has indefinitely adjourned the related case while there are ongoing VFM efforts. If the Mediator or the Parties advise the ADR Clerk that settlement is not successful, the Court will decide the pending motions for summary judgment and reset the remaining pretrial deadlines and trial date. (08-cv-1183, Dkt # 194).

3. In this case, preliminary expert disclosures are due from Plaintiff on October 1, 2011 and from Defendant on November 15, 2011. (Dkt # 14). Moreover, fact discovery is scheduled to close on December 15, 2011. Other deadlines related to discovery and experts are also approaching.

4. The Parties seek a stay of the above-captioned action to allow them to attempt to resolve this matter through settlement and to prevent them from having to unnecessarily expend resources in this litigation, including conducting further discovery and incurring costs related to experts, while the settlement process is ongoing.

WHEREFORE, the Parties respectfully request that the Court stay the deadlines and the trial date in this case and order that any party may request a telephone status conference with the Magistrate Judge in the event that impasse is reached in the settlement efforts so that the Court may reschedule all deadlines in a modified Case Management Order.

Respectfully submitted on September 29, 2011.

        For the Plaintiff:

        MCGILLIVRAY WESTERBERG & BENDER LLC

        s/ Pamela R. McGillivray

        David C. Bender
        Pamela R. McGillivray
        Christa O. Westerberg
        305 S. Paterson Street
        Madison, WI 53703
        Tel. 608.310.3560

Fax 608.310.3561
Email: bender@mwbattorneys.com
       mcgillivray@mwbattorneys.com
       westerberg@mwbattorneys.com


CULLEN WESTON PINES & BACH LLP
Lester A. Pines
122 West Washington Avenue, Suite 900
Madison, WI 53703
Telephone: (608) 251-0101
Facsimile: (608) 251-2883


For the Defendants:

s/ Margrethe Kearney

Charles M. Denton
BARNES & THORNBURG LLP
171 Monroe Ave, NW, Suite 1000
Grand Rapids, MI 49503
Tel. (616) 742-3974

Cary Perlman
Karl A. Karg
Margrethe Kearney
Andrea M. Hogan
LATHAM & WATKINS LLP
233 S. Wacker Drive, Ste 5800
Chicago, IL 60606
Tel. (312) 876-7700