**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| SIERRA CLUB, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:11-cv-00071 |
| v. | ) | Hon. Paul L. Maloney |
| | ) | |
| CITY OF HOLLAND and HOLLAND | ) | |
| BOARD OF PUBLIC WORKS, | ) | |
| | ) | |
| Defendants. | ) | |

---

**DECLARATION OF DAVID C. BENDER IN SUPPORT OF PLAINTIFF'S
SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING
DEFENDANTS' LIABILITY FOR OPACITY VIOLATIONS**

---

# EXHIBIT F:

Relevant Portions of Defendants'
Quarterly Opacity Excess Emissions Reports (2009)



**Holland Board of Public Works**

625 Hastings Avenue
Holland, MI 49423

www.hollandbpw.com

Telephone
(616) 355-1520

Facsimile
(616) 355-1550

April 2, 2009

<u>Certified Mail - Return Receipt Requested</u>

Mr. Steve LaChance
Michigan Department of Environmental Quality
Air Quality Division
State Office Building
350 Ottawa NW
Grand Rapids, MI  49503

Dear Mr. LaChance:

Attached are the Excess Emissions Summary Reports and Detail Reports for Units 3, 4, and 5 of the James De Young Generating Station for the 1st quarter of 2009.

If you have any questions, please do not hesitate to call me at 616-355-1210.

Sincerely,

Judy N. Visscher
Environmental Regulatory Specialist

copy to:   Ms. Bonnie Bush, USEPA-Region V *(Summary Report only)*
Mr. Jon M. Wilford, MDEQ-CSU, Lansing

A
Community
Owned
Utility

Electricity
•
Water
•
Waste
Treatment



COHOP00000485



**MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY**
**AIR QUALITY DIVISION**

# RENEWABLE OPERATING PERMIT
# REPORT CERTIFICATION

*Authorized by 1994 P.A. 451, as amended.  Failure to provide this information may result in civil and/or criminal penalties.*

**Reports submitted pursuant to R 336.1213 (Rule 213), subrules (3)(c) and/or (4)(c), of Michigan's Renewable Operating Permit (ROP) program must be certified by a responsible official.  Additional information regarding the reports and documentation listed below must be kept on file for at least 5 years, as specified in Rule 213(3)(b)(ii), and be made available to the Department of Environmental Quality, Air Quality Division upon request.**

Source Name   HBPW James DeYoung Generation Station & WWTP          County   Ottawa

Source Address   64 Pine Avenue & 42 South River Avenue          City   Holland

AQD Source ID (SRN)   B2357          ROP No.   MI-ROP-B2357-2006a          ROP Section No.   01 & 02

Please check the appropriate box(es):

☐ **Annual Compliance Certification  (Pursuant to Rule 213(4)(c))**

Reporting period (provide inclusive dates):      From _____      To _____

☐  1. During the entire reporting period, this source was in compliance with **ALL** terms and conditions contained in the ROP, each term and condition of which is identified and included by this reference.  The method(s) used to determine compliance is/are the method(s) specified in the ROP.

☐  2. During the entire reporting period this source was in compliance with all terms and conditions contained in the ROP, each term and condition of which is identified and included by this reference, **EXCEPT** for the deviations identified on the enclosed deviation report(s).  The method used to determine compliance for each term and condition is the method specified in the ROP, unless otherwise indicated and described on the enclosed deviation report(s).

☐ **Semi-Annual (or More Frequent) Report Certification  (Pursuant to Rule 213(3)(c))**

Reporting period (provide inclusive dates):      From _____      To _____

☐  1. During the entire reporting period, **ALL** monitoring and associated recordkeeping requirements in the ROP were met and no deviations from these requirements or any other terms or conditions occurred.

☒  2. During the entire reporting period, all monitoring and associated recordkeeping requirements in the ROP were met and no deviations from these requirements or any other terms or conditions occurred, **EXCEPT** for the deviations identified on the enclosed deviation report(s).

☒ **Other Report Certification**

Reporting period (provide inclusive dates):      From   1/1/09      To   3/31/09

Additional monitoring reports or other applicable documents required by the ROP are attached as described:

Quarterly Excess Emissions and Monitor Downtime Report

_____

_____

_____

I certify that, based on information and belief formed after reasonable inquiry, the statements and information in this report and the supporting enclosures are true, accurate and complete·

David G. Koster                    Operations Director              616-355-1562
Name of Responsible Official (print or type)      Title                        Phone Number

_____                              _____
Signature of Responsible Official                              Date

* Photocopy this form as needed.                              EQP 5736 (Rev 11-04)

MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY

AIR QUALITY DIVISION

SUMMARY REPORT

GASEOUS AND OPACITY EXCESS EMISSION AND MONITORING SYSTEM PERFORMANCE

Pollutant: <u>Opacity</u>　　　　　　　　　Reporting Period: <u>01/01/09 – 3/31/09</u>

Company: <u>Holland Board of Public Works,</u>　Unit Description: <u>#3 Boiler</u>
<u>James De Young Gen. Station</u>

Emission Limit: <u>20%</u>　　　　　　Total Source Operating Time: <u>113,460 minutes</u>

Monitor mfg., model number, and serial number: <u>Teledyne Monitor Labs Inc., LightHawk 560, 5600720</u>

| EMISSION DATA SUMMARY[1] | |
|---|---|
| 1.　Duration of excess emissions (EE) in reporting period due to: | |
| a.　Startup/Shutdown | |
| b.　Soot Blowing | |
| c.　Control Equipment Problems | |
| d.　Process Problems | |
| e.　Other Known Causes | |
| f.　Unknown Causes | |
| 2.　Total duration of EE | |
| 3.　(Total duration of EE / Total source operating time ) x 100 | 0.00 % |

| CEM SYSTEM SUMMARY[1] | |
|---|---|
| 1.　CEM system downtime in reporting period due to: | |
| a.　Monitor Equipment Malfunction | |
| b.　Non-Monitor Equipment | |
| c.　Quality Assurance Calibration (extra calibrations) | |
| d.　Other Known Causes　(semi-annual preventive maintenance) | 288 |
| e.　Unknown Causes | |
| 2.　Total CEM system downtime | 288 |
| 3.　(Total CEM system downtime / Total source operating time ) x 100 | 0.25 % |

[1] For opacity, record time in minutes.  For gases, record time in hours.

Comments

*I certify that the information contained in this report is true, accurate, and complete.*

Signature: _____　　Date: <u>04/02/09</u>
　　　　　Judy N. Visscher, Environmental Regulatory Specialist

COHOP00000487

MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY

AIR QUALITY DIVISION

SUMMARY REPORT

GASEOUS AND OPACITY EXCESS EMISSION AND MONITORING SYSTEM PERFORMANCE

Pollutant: <u>Opacity</u>    Reporting Period: <u>01/01/09 – 03/31/09</u>

Company: Holland Board of Public Works, Unit Description: <u>#4 Boiler</u>
James De Young Gen. Station

Emission Limit: 20%    Total Source Operating Time: <u>63,252 minutes</u>

Monitor mfg., model number, and serial number: <u>Teledyne Monitor Labs Inc., LightHawk 560, 5600721</u>

| EMISSION DATA SUMMARY[1] | |
|---|---|
| 1. | Duration of excess emissions (EE) in reporting period due to: | |
| a. | Startup/Shutdown | |
| b. | Soot Blowing | 24 |
| c. | Control Equipment Problems | |
| d. | Process Problems: | |
| e. | Other Known Causes:  maintenance performed on precipitator fields | 138 |
| f. | Unknown Causes: | |
| 2. | Total duration of EE | 162 |
| 3. | (Total duration of EE / Total source operating time ) x 100 | 0.26 % |

| CEM SYSTEM SUMMARY[1] | |
|---|---|
| 1. | CEM system downtime in reporting period due to: | |
| a. | Monitor Equipment Malfunction | |
| b. | Non-Monitor Equipment Malfunctions: | |
| c. | Quality Assurance Calibration (extra calibrations) | |
| d. | Other Known Causes | |
| e. | Unknown Causes | |
| 2. | Total CEM system downtime | 0 |
| 3. | (Total CEM system downtime / Total source operating time ) x 100 | 0.00 % |

[1] For opacity, record time in minutes.  For gases, record time in hours.

*I certify that the information contained in this report is true, accurate, and complete.*

Signature:    Date: <u>04/02/09</u>

Judy X. Visscher, Environmental Regulatory Specialist

COHOP00000488

MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY

AIR QUALITY DIVISION

SUMMARY REPORT

GASEOUS AND OPACITY EXCESS EMISSION AND MONITORING SYSTEM PERFORMANCE

Pollutant: Opacity                    Reporting Period:    01/01/09 – 03/31/09

Company: Holland Board of Public Works,    Unit Description: #5 Boiler
James De Young Gen. Station

Emission Limit: 20%                    Total Source Operating Time: 72,378 minutes

Monitor mfg., model number, and serial number: Teledyne Monitor Labs Inc., LightHawk 560, 5600722

| EMISSION DATA SUMMARY[1] | |
|---|---|
| 1. | Duration of excess emissions (EE) in reporting period due to: | |
| a. | Startup/Shutdown | |
| b. | Soot Blowing | |
| c. | Control Equipment Problems | |
| d. | Process Problems | |
| e. | Other Known Causes | |
| f. | Unknown Causes | |
| 2. | Total duration of EE | |
| 3. | (Total duration of EE / Total source operating time ) x 100 | 0.00 % |

| CEM SYSTEM SUMMARY[1] | |
|---|---|
| 1. | CEM system downtime in reporting period due to: | |
| a. | Monitor Equipment Malfunction | |
| b. | Non-Monitor Equipment Malfunctions: | |
| c. | Quality Assurance Calibration (extra calibrations) | |
| d. | Other Known Causes | |
| e. | Unknown Causes | |
| 2. | Total CEM system downtime | 0 |
| 3. | (Total CEM system downtime / Total source operating time ) x 100 | 0.00% |

[1] For opacity, record time in minutes.  For gases, record time in hours.

*I certify that the information contained in this report is true, accurate, and complete.*

Signature: _____          Date: 04/02/09

Judy N. Visscher, Environmental Regulatory Specialist

COHOP00000489



**Holland Board of Public Works**

625 Hastings Avenue
Holland, MI 49423

www.hollandbpw.com

Telephone
(616) 355-1520

Facsimile
(616) 355-1550

PROPERTY OF HOLLAND BPW FILE COPY

July 27, 2009

<u>Certified Mail - Return Receipt Requested</u>

Mr. Steve LaChance
Michigan Department of Environmental Quality
Air Quality Division
State Office Building
350 Ottawa NW
Grand Rapids, MI 49503

Dear Mr. LaChance:

Attached are the Excess Emissions Summary Reports and Detail Reports for Units 3, 4, and 5 of the James De Young Generating Station for the 2nd quarter of 2009.

If you have any questions, please do not hesitate to call me at 616-355-1210.

Sincerely,

Judy N. Visscher
Environmental Regulatory Specialist


copy to:   Ms. Bonnie Bush, USEPA-Region V *(Summary Report only)*
           Mr. Jon M. Wilford, MDEQ-CSU, Lansing

A
Community
Owned
Utility


Electricity
•
Water
•
Waste
Treatment



COHOP00000657



MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY
AIR QUALITY DIVISION

## RENEWABLE OPERATING PERMIT
## REPORT CERTIFICATION

*Authorized by 1994 P.A. 451, as amended.  Failure to provide this information may result in civil and/or criminal penalties.*

**Reports submitted pursuant to R 336.1213 (Rule 213), subrules (3)(c) and/or (4)(c), of Michigan's Renewable Operating Permit (ROP) program must be certified by a responsible official.  Additional information regarding the reports and documentation listed below must be kept on file for at least 5 years, as specified in Rule 213(3)(b)(ii), and be made available to the Department of Environmental Quality, Air Quality Division upon request.**

Source Name   HBPW James DeYoung Generation Station & WWTP      County   Ottawa

Source Address   64 Pine Avenue & 42 South River Avenue      City   Holland

AQD Source ID (SRN)   B2357      ROP No.   MI-ROP-B2357-2006a      ROP Section No.   01 & 02

Please check the appropriate box(es):

☐ **Annual Compliance Certification  (Pursuant to Rule 213(4)(c))**

Reporting period (provide inclusive dates):   From _____   To _____

☐  1.  During the entire reporting period, this source was in compliance with **ALL** terms and conditions contained in the ROP, each term and condition of which is identified and included by this reference.  The method(s) used to determine compliance is/are the method(s) specified in the ROP.

☐  2.  During the entire reporting period this source was in compliance with all terms and conditions contained in the ROP, each term and condition of which is identified and included by this reference, **EXCEPT** for the deviations identified on the enclosed deviation report(s).  The method used to determine compliance for each term and condition is the method specified in the ROP, unless otherwise indicated and described on the enclosed deviation report(s).

☐ **Semi-Annual (or More Frequent) Report Certification  (Pursuant to Rule 213(3)(c))**

Reporting period (provide inclusive dates):   From _____   To _____

☐  1.  During the entire reporting period, **ALL** monitoring and associated recordkeeping requirements in the ROP were met and no deviations from these requirements or any other terms or conditions occurred.

☒  2.  During the entire reporting period, all monitoring and associated recordkeeping requirements in the ROP were met and no deviations from these requirements or any other terms or conditions occurred, **EXCEPT** for the deviations identified on the enclosed deviation report(s).

☒ **Other Report Certification**

Reporting period (provide inclusive dates):   From  4/1/09   To  6/30/09

Additional monitoring reports or other applicable documents required by the ROP are attached as described:

Quarterly Excess Emissions and Monitor Downtime Report

_____

_____

I certify that, based on information and belief formed after reasonable inquiry, the statements and information in this report and the supporting enclosures are true, accurate and complete

David G. Koster                Operations Director          616-355-1562
Name of Responsible Official (print or type)     Title                    Phone Number

Signature of Responsible Official                        7/17/2009
                                                          Date

* Photocopy this form as needed.                    EQP 5736 (Rev 11-04)

COHOP00000658

MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY

AIR QUALITY DIVISION

SUMMARY REPORT

GASEOUS AND OPACITY EXCESS EMISSION AND MONITORING SYSTEM PERFORMANCE

Pollutant: Opacity

Reporting Period: 04/01/09 -- 06/30/09

Company: Holland Board of Public Works, James De Young Gen. Station

Unit Description: #3 Boiler

Emission Limit: 20%

Total Source Operating Time: 0 minutes

Monitor mfg., model number, and serial number: Teledyne Monitor Labs Inc., LightHawk 560, 5600720

| EMISSION DATA SUMMARY[1] | | |
|---|---|---|
| 1. | Duration of excess emissions (EE) in reporting period due to: | |
| a. | Startup/Shutdown | |
| b. | Soot Blowing | |
| c. | Control Equipment Problems | |
| d. | Process Problems | |
| e. | Other Known Causes | |
| f. | Unknown Causes | |
| 2. | Total duration of EE | |
| 3. | (Total duration of EE / Total source operating time ) x 100 | 0.00 % |

| CEM SYSTEM SUMMARY[1] | | |
|---|---|---|
| 1. | CEM system downtime in reporting period due to: | |
| a. | Monitor Equipment Malfunction | |
| b. | Non-Monitor Equipment | |
| c. | Quality Assurance Calibration (extra calibrations) | |
| d. | Other Known Causes | |
| e. | Unknown Causes | |
| 2. | Total CEM system downtime | |
| 3. | (Total CEM system downtime / Total source operating time ) x 100 | 0.00 % |

[1] For opacity, record time in minutes.  For gases, record time in hours.

Comments

*I certify that the information contained in this report is true, accurate, and complete.*

Signature: _____   Date: 07/24/09

Judy N. Visscher, Environmental Regulatory Specialist

COHOP00000659

MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY

AIR QUALITY DIVISION

SUMMARY REPORT

GASEOUS AND OPACITY EXCESS EMISSION AND MONITORING SYSTEM PERFORMANCE

Pollutant: <u>Opacity</u>                                 Reporting Period:   <u>04/01/09 – 06/30/09</u>

Company:      Holland Board of Public Works,      Unit Description: <u>#4 Boiler</u>
              <u>James De Young Gen. Station</u>

Emission Limit: <u>20%</u>                           Total Source Operating Time: <u>102,408 minutes</u>

Monitor mfg., model number, and serial number:  <u>Teledyne Monitor Labs Inc., LightHawk 560, 5600721</u>

| EMISSION DATA SUMMARY[1] | | |
|---|---|---|
| 1. | Duration of excess emissions (EE) in reporting period due to: | |
| a. | Startup/Shutdown | 12 |
| b. | Soot Blowing | |
| c. | Control Equipment Problems | |
| d. | Process Problems: | |
| e. | Other Known Causes:  maintenance performed on precipitator fields | |
| f. | Unknown Causes: | |
| 2. | Total duration of EE | 12 |
| 3. | (Total duration of EE / Total source operating time ) x 100 | 0.01% |

| CEM SYSTEM SUMMARY[1] | | |
|---|---|---|
| 1. | CEM system downtime in reporting period due to: | |
| a. | Monitor Equipment Malfunction | |
| b. | Non-Monitor Equipment Malfunctions: | |
| c. | Quality Assurance Calibration (extra calibrations) | 18 |
| d. | Other Known Causes  (annual bench calibration of monitor) | 786 |
| e. | Unknown Causes | |
| 2. | Total CEM system downtime | 804 |
| 3. | (Total CEM system downtime / Total source operating time ) x 100 | 0.79 % |

[1] For opacity, record time in minutes.  For gases, record time in hours.

*I certify that the information contained in this report is true, accurate, and complete.*

Signature: _____              Date: <u>07/24/09</u>

          Judy N. Visscher, Environmental Regulatory Specialist

COHOP00000660

MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY

AIR QUALITY DIVISION

SUMMARY REPORT

GASEOUS AND OPACITY EXCESS EMISSION AND MONITORING SYSTEM PERFORMANCE

Pollutant: __Opacity__    Reporting Period: __04/01/09 – 06/30/09__

Company: Holland Board of Public Works,    Unit Description: __#5 Boiler__
James De Young Gen. Station

Emission Limit: __20%__    Total Source Operating Time: __46,050 minutes__

Monitor mfg., model number, and serial number: __Teledyne Monitor Labs Inc., LightHawk 560, 5600722__

| EMISSION DATA SUMMARY[1] | |
|---|---|
| 1. Duration of excess emissions (EE) in reporting period due to: | |
| a. Startup/Shutdown | |
| b. Soot Blowing | |
| c. Control Equipment Problems | |
| d. Process Problems | |
| e. Other Known Causes | |
| f. Unknown Causes | |
| 2. Total duration of EE | 0 |
| 3. (Total duration of EE / Total source operating time ) x 100 | 0.00 % |

| CEM SYSTEM SUMMARY[1] | |
|---|---|
| 1. CEM system downtime in reporting period due to: | |
| a. Monitor Equipment Malfunction | |
| b. Non-Monitor Equipment Malfunctions: | |
| c. Quality Assurance Calibration (extra calibrations) | |
| d. Other Known Causes | |
| e. Unknown Causes | |
| 2. Total CEM system downtime | 0 |
| 3. (Total CEM system downtime / Total source operating time ) x 100 | 0.00% |

[1] For opacity, record time in minutes.  For gases, record time in hours.

*I certify that the information contained in this report is true, accurate, and complete.*

Signature: _____    Date: __07/24/09__
Judy M. Visscher, Environmental Regulatory Specialist

COHOP00000661



**Holland
Board
of Public
Works**

625 Hastings Avenue
Holland, MI 49423

www.hollandbpw.com

Telephone
(616) 355-1520

Facsimile
(616) 355-1550

October 12, 2009

<u>Certified Mail - Return Receipt Requested</u>

Mr. Steve LaChance
Michigan Department of Environmental Quality
Air Quality Division
State Office Building
350 Ottawa NW
Grand Rapids, MI 49503

Dear Mr. LaChance:

Attached are the Excess Emissions Summary Reports and Detail Reports for
Units 3, 4, and 5 of the James De Young Generating Station for the 3rd quarter
of 2009.

If you have any questions, please do not hesitate to call me at 616-355-1210.

Sincerely,

Judy N. Visscher
Environmental Regulatory Specialist

copy to:   Ms. Bonnie Bush, USEPA-Region V *(Summary Report only)*
           Mr. Jon M. Wilford, MDEQ-CSU, Lansing

A
Community
Owned
Utility

Electricity
•
Water
•
Waste
Treatment



PROPERTY OF
HOLLAND BPW
FILE COPY



MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY
AIR QUALITY DIVISION

# RENEWABLE OPERATING PERMIT
## REPORT CERTIFICATION

*Authorized by 1994 P.A. 451, as amended.  Failure to provide this information may result in civil and/or criminal penalties.*

**Reports submitted pursuant to R 336.1213 (Rule 213), subrules (3)(c) and/or (4)(c), of Michigan's Renewable Operating Permit (ROP) program must be certified by a responsible official.  Additional information regarding the reports and documentation listed below must be kept on file for at least 5 years, as specified in Rule 213(b)(ii), and be made available to the Department of Environmental Quality, Air Quality Division upon request.**

Source Name   HBPW James DeYoung Generation Station & WWTP                County   Ottawa

Source Address   64 Pine Avenue & 42 South River Avenue                City   Holland

AQD Source ID (SRN)   B2357          ROP No.   MI-ROP-B2357-2006a          ROP Section No.   01 & 02

Please check the appropriate box(es):

☐ **Annual Compliance Certification  (Pursuant to Rule 213(4)(c))**

Reporting period (provide inclusive dates):      From _____      To _____

☐  1.  During the entire reporting period, this source was in compliance with **ALL** terms and conditions contained in the ROP, each term and condition of which is identified and included by this reference.  The method(s) used to determine compliance is/are the method(s) specified in the ROP.

☐  2.  During the entire reporting period this source was in compliance with all terms and conditions contained in the ROP, each term and condition of which is identified and included by this reference, **EXCEPT** for the deviations identified on the enclosed deviation report(s).  The method used to determine compliance for each term and condition is the method specified in the ROP, unless otherwise indicated and described on the enclosed deviation report(s).

☐ **Semi-Annual (or More Frequent) Report Certification  (Pursuant to Rule 213(3)(c))**

Reporting period (provide inclusive dates):      From _____      To _____

☐  1.  During the entire reporting period, **ALL** monitoring and associated recordkeeping requirements in the ROP were met and no deviations from these requirements or any other terms or conditions occurred.

☐  2.  During the entire reporting period, all monitoring and associated recordkeeping requirements in the ROP were met and no deviations from these requirements or any other terms or conditions occurred, **EXCEPT** for the deviations identified on the enclosed deviation report(s).

☒ **Other Report Certification**

Reporting period (provide inclusive dates):      From   07/01/09      To   9/30/09

Additional monitoring reports or other applicable documents required by the ROP are attached as described:

Quarterly Excess Emissions and Monitor Downtime Report

_____

_____

_____

I certify that, based on information and belief formed after reasonable inquiry, the statements and information in this report and the supporting enclosures are true, accurate and complete

David G. Koster                          Operations Director                  616-355-1562
**Name of Responsible Official (print or type)**          **Title**                          **Phone Number**

_____                                      10/15/2009
**Signature of Responsible Official**                                      **Date**

\* Photocopy this form as needed.                                      EQP 5736 (Rev 11-04)

COHOP00000312

MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY

AIR QUALITY DIVISION

SUMMARY REPORT

GASEOUS AND OPACITY EXCESS EMISSION AND MONITORING SYSTEM PERFORMANCE

Pollutant:  Opacity           Reporting Period:  07/01/09 – 09/30/09

Company:  Holland Board of Public Works,   Unit Description: #3 Boiler
James De Young Gen. Station

Emission Limit: 20%      Total Source Operating Time: 66,768 minutes

Monitor mfg., model number, and serial number: Teledyne Monitor Labs Inc., LightHawk 560, 5600720

| EMISSION DATA SUMMARY[1] | | |
|---|---|---|
| 1. | Duration of excess emissions (EE) in reporting period due to: | |
| a. | Startup/Shutdown | |
| b. | Soot Blowing | |
| c. | Control Equipment Problems | |
| d. | Process Problems | |
| e. | Other Known Causes | |
| f. | Unknown Causes | |
| 2. | Total duration of EE | 0 |
| 3. | (Total duration of EE / Total source operating time ) x 100 | 0.00 % |

| CEM SYSTEM SUMMARY[1] | | |
|---|---|---|
| 1. | CEM system downtime in reporting period due to: | |
| a. | Monitor Equipment Malfunction | |
| b. | Non-Monitor Equipment | |
| c. | Quality Assurance Calibration (extra calibrations) | |
| d. | Other Known Causes  (semi-annual preventive maintenance performed on monitor) | 174 |
| e. | Unknown Causes | |
| 2. | Total CEM system downtime | 174 |
| 3. | (Total CEM system downtime / Total source operating time ) x 100 | 0.26 % |

[1] For opacity, record time in minutes.  For gases, record time in hours.

Comments

*I certify that the information contained in this report is true, accurate, and complete.*

Signature:                              Date: 10/12/09

Judy N. Visscher, Environmental Regulatory Specialist

COHOP00000313

MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY

AIR QUALITY DIVISION

SUMMARY REPORT

GASEOUS AND OPACITY EXCESS EMISSION AND MONITORING SYSTEM PERFORMANCE

Pollutant: <u>Opacity</u>                Reporting Period: <u>07/01/09 – 09/30/09</u>

Company:  Holland Board of Public Works,   Unit Description: <u>#4 Boiler</u>
          <u>James De Young Gen. Station</u>

Emission Limit: <u>20%</u>                Total Source Operating Time: <u>131,952 minutes</u>

Monitor mfg., model number, and serial number: <u>Teledyne Monitor Labs Inc., LightHawk 560, 5600721</u>

| EMISSION DATA SUMMARY[1] | |
|---|---|
| 1. Duration of excess emissions (EE) in reporting period due to: | |
| a. Startup/Shutdown | |
| b. Soot Blowing | |
| c. Control Equipment Problems | |
| d. Process Problems: ash hauling trouble | 12 |
| e. Other Known Causes: | |
| f. Unknown Causes: | |
| 2. Total duration of EE | 12 |
| 3. (Total duration of EE / Total source operating time ) x 100 | 0.01% |

| CEM SYSTEM SUMMARY[1] | |
|---|---|
| 1. CEM system downtime in reporting period due to: | |
| a. Monitor Equipment Malfunction | |
| b. Non-Monitor Equipment Malfunctions: | |
| c. Quality Assurance Calibration (extra calibrations) | |
| d. Other Known Causes  (semi-annual preventive maintenance performed on monitor) | 210 |
| e. Unknown Causes | |
| 2. Total CEM system downtime | 210 |
| 3. (Total CEM system downtime / Total source operating time ) x 100 | 0.16 % |

[1] For opacity, record time in minutes.  For gases, record time in hours.

*I certify that the information contained in this report is true, accurate, and complete.*

Signature: _____          Date: <u>10/12/09</u>
          Judy N. Visscher, Environmental Regulatory Specialist

COHOP00000314

MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY

AIR QUALITY DIVISION

SUMMARY REPORT

GASEOUS AND OPACITY EXCESS EMISSION AND MONITORING SYSTEM PERFORMANCE

| | | | |
|---|---|---|---|
| Pollutant: | Opacity | Reporting Period: | 07/01/09 – 09/30/09 |
| Company: | Holland Board of Public Works, James De Young Gen. Station | Unit Description: | #5 Boiler |
| Emission Limit: | 20% | Total Source Operating Time: | 132,480 minutes |

Monitor mfg., model number, and serial number:  Teledyne Monitor Labs Inc., LightHawk 560, 5600722

| EMISSION DATA SUMMARY[1] | | |
|---|---|---|
| 1. | Duration of excess emissions (EE) in reporting period due to: | |
| a. | Startup/Shutdown | |
| b. | Soot Blowing | |
| c. | Control Equipment Problems | |
| d. | Process Problems (coal feeder problems caused boiler upset) | 12 |
| e. | Other Known Causes | |
| f. | Unknown Causes | |
| 2. | Total duration of EE | 12 |
| 3. | (Total duration of EE / Total source operating time ) x 100 | 0.01 % |

| CEM SYSTEM SUMMARY[1] | | |
|---|---|---|
| 1. | CEM system downtime in reporting period due to: | |
| a. | Monitor Equipment Malfunction | |
| b. | Non-Monitor Equipment Malfunctions: | |
| c. | Quality Assurance Calibration (extra calibrations) | |
| d. | Other Known Causes  (performed semi-annual preventive maintenance on monitor) | 228 |
| e. | Unknown Causes | |
| 2. | Total CEM system downtime | 228 |
| 3. | (Total CEM system downtime / Total source operating time ) x 100 | 0.17% |

[1] For opacity, record time in minutes.  For gases, record time in hours.

I certify that the information contained in this report is true, accurate, and complete.

Signature: _____    Date: 10/12/09

Judy M. Visscher, Environmental Regulatory Specialist

COHOP00000315



**Holland
Board
of Public
Works**

625 Hastings Avenue
Holland, MI 49423

www.hollandbpw.com

Telephone
(616) 355-1520

Facsimile
(616) 355-1550

January 11, 2010

<u>Certified Mail - Return Receipt Requested</u>

Mr. Steve LaChance
Michigan Department of Environmental Quality
Air Quality Division
State Office Building
350 Ottawa NW
Grand Rapids, MI 49503

Dear Mr. LaChance:

Attached are the Excess Emissions Summary Reports and Detail Reports for
Units 3, 4, and 5 of the James De Young Generating Station for the 4th quarter
of 2009.

Per my phone call of today's date, some monitor readings on the Detail
Reports are not included in the EE Summary Reports, as they occurred as the
only 6-min period that hour above 20% but not more than 27%.

If you have any questions, please do not hesitate to call me at 616-355-1210.

Sincerely,

Judy N. Visscher
Environmental Regulatory Specialist

A
Community
Owned
Utility

copy to:   Ms. Bonnie Bush, USEPA-Region V *(Summary Report only)*
           Mr. Jon M. Wilford, MDEQ-CSU, Lansing

Electricity
•
Water
•
Waste
Treatment



COHOP00000421



MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY
AIR QUALITY DIVISION

# RENEWABLE OPERATING PERMIT
# REPORT CERTIFICATION

*Authorized by 1994 P.A. 451, as amended.  Failure to provide this information may result in civil and/or criminal penalties.*

Reports submitted pursuant to R 336.1213 (Rule 213), subrules (3)(c) and/or (4)(c), of Michigan's Renewable Operating Permit (ROP) program must be certified by a responsible official.  Additional information regarding the reports and documentation listed below must be kept on file for at least 5 years, as specified in Rule 213(3)(b)(ii), and be made available to the Department of Environmental Quality, Air Quality Division upon request.

Source Name   HBPW James DeYoung Generation Station & WWTP          County   Ottawa

Source Address   64 Pine Avenue & 42 South River Avenue          City   Holland

AQD Source ID (SRN)   B2357          ROP No.   MI-ROP-B2357-2006a          ROP Section No.   01 & 02

Please check the appropriate box(es):

☐ **Annual Compliance Certification  (Pursuant to Rule 213(4)(c))**

    Reporting period (provide inclusive dates):       From _____       To _____

    ☐ 1.  During the entire reporting period, this source was in compliance with **ALL** terms and conditions contained in the ROP, each term and condition of which is identified and included by this reference.  The method(s) used to determine compliance is/are the method(s) specified in the ROP.

    ☐ 2.  During the entire reporting period this source was in compliance with all terms and conditions contained in the ROP, each term and condition of which is identified and included by this reference, **EXCEPT** for the deviations identified on the enclosed deviation report(s).  The method used to determine compliance for each term and condition is the method specified in the ROP, unless otherwise indicated and described on the enclosed deviation report(s).

☐ **Semi-Annual (or More Frequent) Report Certification  (Pursuant to Rule 213(3)(c))**

    Reporting period (provide inclusive dates):       From _____       To _____

    ☐ 1.  During the entire reporting period, **ALL** monitoring and associated recordkeeping requirements in the ROP were met and no deviations from these requirements or any other terms or conditions occurred.

    ☐ 2.  During the entire reporting period, all monitoring and associated recordkeeping requirements in the ROP were met and no deviations from these requirements or any other terms or conditions occurred, **EXCEPT** for the deviations identified on the enclosed deviation report(s).

☒ **Other Report Certification**

    Reporting period (provide inclusive dates):       From   10/1/09       To   12/31/09

    Additional monitoring reports or other applicable documents required by the ROP are attached as described:

    Quarterly Excess Emissions and Monitor Downtime report

I certify that, based on information and belief formed after reasonable inquiry, the statements and information in this report and the supporting enclosures are true, accurate and complete

David G. Koster                    Operations Director          616-355-1562
Name of Responsible Official (print or type)          Title          Phone Number

_____                    1/12/2010
Signature of Responsible Official                    Date

* Photocopy this form as needed.

EQP 5736 (Rev 11-04)

COHOP00000422

MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY

AIR QUALITY DIVISION

SUMMARY REPORT

GASEOUS AND OPACITY EXCESS EMISSION AND MONITORING SYSTEM PERFORMANCE

Pollutant: Opacity                              Reporting Period: 10/01/09 – 12/31/09

Company: Holland Board of Public Works,          Unit Description: #3 Boiler
James De Young Gen. Station

Emission Limit: 20%                             Total Source Operating Time: 71,850 minutes

Monitor mfg., model number, and serial number: Teledyne Monitor Labs Inc., LightHawk 560, 5600720

| EMISSION DATA SUMMARY[1] | |
|---|---|
| 1. Duration of excess emissions (EE) in reporting period due to: | |
| a. Startup/Shutdown | |
| b. Soot Blowing | |
| c. Control Equipment Problems | |
| d. Process Problems | |
| e. Other Known Causes | |
| f. Unknown Causes | |
| 2. Total duration of EE | 0 |
| 3. (Total duration of EE / Total source operating time ) x 100 | 0.00 % |

| CEM SYSTEM SUMMARY[1] | |
|---|---|
| 1. CEM system downtime in reporting period due to: | |
| a. Monitor Equipment Malfunction  (transceiver blower motor replaced) | 36 |
| b. Non-Monitor Equipment | |
| c. Quality Assurance Calibration (extra calibrations) | |
| d. Other Known Causes | |
| e. Unknown Causes | |
| 2. Total CEM system downtime | 36 |
| 3. (Total CEM system downtime / Total source operating time ) x 100 | 0.05 % |

[1] For opacity, record time in minutes.  For gases, record time in hours.

Comments

*I certify that the information contained in this report is true, accurate, and complete.*

Signature: _____          Date: 1/11/10
Judy N. Visscher, Environmental Regulatory Specialist

COHOP00000423

MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY

AIR QUALITY DIVISION

SUMMARY REPORT

GASEOUS AND OPACITY EXCESS EMISSION AND MONITORING SYSTEM PERFORMANCE

Pollutant: Opacity                    Reporting Period: 10/01/09 – 12/31/09

Company: Holland Board of Public Works,     Unit Description: #4 Boiler
James De Young Gen. Station

Emission Limit: 20%                   Total Source Operating Time: 102,606 minutes

Monitor mfg., model number, and serial number: Teledyne Monitor Labs Inc., LightHawk 560, 5600721

| EMISSION DATA SUMMARY[1] | | |
|---|---|---|
| 1. | Duration of excess emissions (EE) in reporting period due to: | |
| a. | Startup/Shutdown | |
| b. | Soot Blowing | |
| c. | Control Equipment Problems: fine tuning new precipitator equipment | 12 |
| d. | Process Problems: ash hauling trouble | 24 |
| e. | Other Known Causes:  boiler upset | 18 |
| f. | Unknown Causes: | |
| 2. | Total duration of EE | 54 |
| 3. | (Total duration of EE / Total source operating time ) x 100 | 0.05% |

| CEM SYSTEM SUMMARY[1] | | |
|---|---|---|
| 1. | CEM system downtime in reporting period due to: | |
| a. | Monitor Equipment Malfunction | |
| b. | Non-Monitor Equipment Malfunctions: | |
| c. | Quality Assurance Calibration (extra calibrations) | |
| d. | Other Known Causes  (annual performance audit performed on monitor) | 180 |
| e. | Unknown Causes | |
| 2. | Total CEM system downtime | 180 |
| 3. | (Total CEM system downtime / Total source operating time ) x 100 | 0.18 % |

[1] For opacity, record time in minutes.  For gases, record time in hours.

*I certify that the information contained in this report is true, accurate, and complete.*

Signature: _____     Date: 1/11/10
Judy A. Visscher, Environmental Regulatory Specialist

COHOP00000424

MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY

AIR QUALITY DIVISION

SUMMARY REPORT

GASEOUS AND OPACITY EXCESS EMISSION AND MONITORING SYSTEM PERFORMANCE

Pollutant: Opacity     Reporting Period: 10/01/09 – 12/31/09

Company: Holland Board of Public Works, James De Young Gen. Station     Unit Description: #5 Boiler

Emission Limit: 20%     Total Source Operating Time: 37,410 minutes

Monitor mfg., model number, and serial number: Teledyne Monitor Labs Inc., LightHawk 560, 5600722

| EMISSION DATA SUMMARY[1] | |
|---|---|
| 1.     Duration of excess emissions (EE) in reporting period due to: | |
| a.   Startup/Shutdown | |
| b.   Soot Blowing | |
| c.   Control Equipment Problems | |
| d.   Process Problems (coal feeder problems caused boiler upset) | |
| e.   Other Known Causes | |
| f.   Unknown Causes | |
| 2.     Total duration of EE | 0 |
| 3.     (Total duration of EE / Total source operating time ) x 100 | 0.00 % |

| CEM SYSTEM SUMMARY[1] | |
|---|---|
| 1.     CEM system downtime in reporting period due to: | |
| a.   Monitor Equipment Malfunction | |
| b.   Non-Monitor Equipment Malfunctions: | |
| c.   Quality Assurance Calibration (extra calibrations) | |
| d.   Other Known Causes | |
| e.   Unknown Causes | |
| 2.     Total CEM system downtime | 0 |
| 3.     (Total CEM system downtime / Total source operating time ) x 100 | 0.00% |

[1] For opacity, record time in minutes. For gases, record time in hours.

*I certify that the information contained in this report is true, accurate, and complete.*

Signature:                  Date: 1/11/10

Judy N. Visscher, Environmental Regulatory Specialist

COHOP00000425