UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIERRA CLUB,

    Plaintiff,

v.

CITY OF HOLLAND,
MICHIGAN, et al.,

    Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:11-cv-71

## ORDER DISMISSING MOTION AS MOOT

This matter is before the Court on the defendants' motion for leave to file reply to plaintiff's response to defendant's motion to join two related cases for trial (ECF No. 120). The Court records reflect that an order issued granting the defendants' motion to join related cases for trial and granting plaintiff's request that the trial be bifurcated (ECF No. 121). Accordingly,

**IT IS HEREBY ORDERED** that the defendants' motion for leave to file reply to plaintiff's response to defendant's motion to join two related cases for trial (ECF No. 120) is **DISMISSED AS MOOT**.

Date: December 5, 2013

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge